UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**THADDYEUS AARON DIXON SR ET AL**     CASE NO.  1:18-CV-00133

**VERSUS**                              JUDGE DAVID C. JOSEPH

**KEATON A SPURLIN ET AL**              MAGISTRATE JUDGE PEREZ-MONTES

MINUTES OF COURT:
**Motion Hearing**

| Date: | April 20, 2021 | Presiding: Judge David C. Joseph | |
|---|---|---|---|
| Court Opened: | 10:00 a.m. | Courtroom Deputy: | Greta Roaix |
| Court Adjourned: | 3:15 p.m. | Court Reporter: | Myra Primeaux |
| Statistical Time: | 04:15 | Courtroom: | 2nd Floor Courtroom |

**APPEARANCES**

| Barbara B Melton, Jimmy R Faircloth, Jr. & Richard Norem, III | For | Plaintiffs |
|---|---|---|
| Quincy T. Crochet, Amy B Larson, Keith W. McDaniel & Peter Martin | For | F C A U S LLC, Defendant |
| Jonathan Judge & Patrick Briney | For | Dorel Juvenile Group Inc, Defendant |

**PROCEEDINGS**

Motion Hearing (rec. doc. 190, 206, 207, 208, 210, 211 212, 213 & 217 )

**Filings:**     Exhibit List

**RULINGS/COMMENTS:**

For the reasons stated on the record:

The Motion for Summary Judgment (doc. no. 190) is DENIED.

The Motion for Partial Summary Judgment (doc. no 208) is DENIED.

The Motion for Partial Summary Judgment (doc. no. 209) is GRANTED.

The Motion for Summary Judgment (doc. no. 212) is DENIED.

The Motion in Limine to Exclude the Opinions of Mark Pozzi (doc. no. 206) is DENIED. Notwithstanding the Court's denial of the Motion, the Court finds that the witness is not qualified to testify as an expert witness as to the cause(s) of specific injuries stemming from the collision.

The Motion in Limine to Exclude the Opinions of Kenneth Saczalski (doc. no. 207), is DENIED. Notwithstanding the Court's denial of the Motion, the Court finds that the witness is not qualified to testify as an expert witness as to the cause of specific injuries issues stemming from the collision.

The Motion to Strike James W. Quillin (doc. no. 210) is DENIED.

The Motion in Limine to Exclude the Opinions of Todd Saczalski (doc. no. 211), is DENIED.

The Motion in Limine to Exclude Testimony of Paul Sheridan (doc. 213) is GRANTED. Notwithstanding the Court's grant of this Motion, Mr. Sheridan may testify as a fact witness on issues directly related to Plaintiffs' causes of action or as a rebuttal witness subject to the Court's discretion.

The Daubert Motion to Exclude Certain Testimony of F C A's Expert Witnesses (doc. 217) is DENIED IN PART and GRANTED IN PART, as discussed in detail on the record.